# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TIMATAO BOLLMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>VONS COMPANIES, INC., et al.<br><br>　　　　　　　　　Defendant. | Case No. 2:09-cv-00446-PMP-PAL<br><br>**ORDER** |

　　　　Before the court is the parties' joint request for a status conference regarding a scheduling order (Dkt. #62). The parties indicate that they have completed discovery but that the case is not currently set for trial. A review of the court's docket reflects that Judge Johnston conducted a settlement conference at the parties' request on November 2, 2009. However, no settlement was reached. On March 5, 2010 the parties submitted a joint status report (Dkt. #58) as ordered by Judge Johnston. The status report requested an extension of the deadlines for designating experts, rebuttal experts, and the discovery cutoff, indicating that at the close of discovery, they would be prepared for trial in early 2011. Judge Johnston recused himself as a result of conducting the settlement conference, and this case was reassigned to the undersigned on March 12, 2010. Nothing has been filed in this case since then.

　　　　The parties have not filed a joint pretrial order. The district judge will set trial once the joint pretrial order is filed. Accordingly,

　　　　**IT IS ORDERED**:

　　　　1.　　Counsel for the parties shall have until November 29, 2010 to file a joint pretrial order which complies with the requirements of Local Rule 16-3, and in the form provided by Local Rule 16-4.

2.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.
3.  The parties' request for a status conference regarding the scheduling order is **DENIED** as moot.

Dated this 1st day of November, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE