1  Tamela L. Kahle
   Nevada Bar No. 0558
2  **KAHLE & ASSOCIATES**
   7660 West Sahara Avenue, Ste.110
3  Las Vegas, Nevada 89117
   Telephone (702) 453-2200
4  Facsimile (702) 453-2201

5  Attorneys for Defendant
   The Vons Companies, Inc.

6

7                       **DISTRICT COURT**

8                    **CLARK COUNTY, NEVADA**

9                            * * * * *

10 TIMATAO BOLLMAN,                | CASE NO.:  2:09-CV-00446-PMP-PAL

                    Plaintiff,

11                                 | **STIPULATION AND ORDER FOR**
   vs.                             | **DISMISSAL WITH PREJUDICE**
12
   THE VONS COMPANIES, INC., a Michigan
13 Corporation d/b/a VONS #2393; DOES I
   through X, inclusive; and ROES I through X,
14 inclusive,

15                  Defendant.

16              Trial Date: March 29, 2011

17     **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

18     IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through

19 their respective counsel of record, that the above-captioned action be dismissed with prejudice, each

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

1  party to bear its own costs.

2  Dated this 16 day of March, 2011.          Dated this 17th day of March, 2011.

3  VANNAH & VANNAH                             KAHLE & ASSOCIATES

   By: /s/ John B. Greene                      By: /s/ Pamela L. Kahle
       John B. Greene, Esq.                        Pamela L. Kahle
       Nevada Bar No. 004279                       Nevada Bar No. 0558
       400 S. Fourth Street, 6th Floor             7660 W. Sahara Ave., Ste. 110
       Las Vegas, Nevada 89101                     Las Vegas, Nevada 89117
       Co-Counsel for Plaintiff                    Attorneys for Defendant
       Timatao Bollman                             The Vons Companies, Inc.

IT IS SO ORDERED:

/s/ Judge
UNITED STATES DISTRICT JUDGE
DATED: 3-18-11

Submitted by:

KAHLE & ASSOCIATES

By: /s/ Pamela L. Kahle
    Pamela L. Kahle
    Nevada Bar No. 0558
    7660 W. Sahara Ave., Ste. 110
    Las Vegas, Nevada 89117
    Attorneys for Defendant
    The Vons Companies, Inc.